## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ANGELA THIGPEN**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **HSBC BANK USA NATIONAL** | ) | **Civil Action No.** |
| **ASSOCIATION, AS TRUSTEE,** | ) | 1:11-cv-03070-CAP |
| **LITTON LOAN SERVICING, LP** | ) | |
| **GOLDMAN SACHS, MCCALLA** | ) | |
| **RAYMER, LLC, PROMMIS** | ) | |
| **SOLUTIONS, LLC, PROMMIS** | ) | |
| **SOLUTIONS, HOLDING, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS HSBC BANK USA NATIONAL ASSOCIATION, LITTON LOAN SERVICING, AND GOLDMAN SACHS' WITHDRAWAL OF NOTICE OF REMOVAL AND MOTION TO REMAND

Defendants HSBC Bank USA National Association, as Trustee, Litton Loan Servicing, LP, and Goldman Sachs (collectively, the "Removing Defendants") hereby withdraw their notice of removal in the above-captioned case and move the Court for an order remanding this case to the Superior Court of Fulton County, Georgia. The Removing Defendants have determined that complete diversity does not exist among all necessary Defendants.

163442.3

Respectfully submitted this 21st day of September, 2011.

s/ K. Alex Khoury
Christopher S. Anulewicz
Georgia Bar No. 020914
K. Alex Khoury
Georgia Bar No. 416978

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

ATTORNEYS FOR DEFENDANTS
HSBC BANK USA, LITTON LOAN
SERVICING, LP, AND GOLDMAN
SACHS

## <u>CERTIFICATE OF COUNSEL REGARDING FONT SIZE</u>

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This <u>21st</u> day of September, 2011.

**<u>s/ K. Alex Khoury</u>**
K. Alex Khoury

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon the following by causing a copy of same to be electronically filed with the Clerk of Court using the CM/ECF system, which may automatically send e-mail notification of such filing to the parties of record, and by U.S. Mail, properly addressed and postage prepaid, to the following *pro se* litigant on this the <u>21st</u> day of September, 2011:

Barbara Beth Liu
Robert Michael Sheffield
McCalla Raymer, LLC
Suite 3200
Six Concourse Parkway
Atlanta, GA 30328

Angela Thigpen
*Pro Se*
5309 Whitehaven Park Lane
Mabelton, GA 30126

<u>s/ K. Alex Khoury</u>
K. Alex Khoury